AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

## Middle District of Georgia

| | |
|---|---|
| United States of America <br> v. <br> **Dexter Leonard Heath** | ) <br> ) <br> ) Case No: 3:96-CR-4-CAR-015 <br> ) USM No: 86772-020 <br> ) |
| Date of Original Judgment: 05/17/2000 <br> Date of Previous Amended Judgment: 03/18/2008 <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. §3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____235_____ months **is reduced to** _____188 months_____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as provided above, all provisions of the judgment dated  05/17/2000  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: **3 Feb 2012**

Judge's signature: *C. Ashley Royal*

C. Ashley Royal, Chief U.S. District Judge
*Printed name and title*

Effective Date: _____
*(if different from order)*